**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TELEDOLPHIN EQUITY PARTNERS, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>ARNOLD SHUNE; DOES 1–10,<br><br>             Defendants. | Case No. 2:14-cv-00300-ODW(ASx)<br><br>**ORDER SETTING HEARING RE. ORDER TO SHOW CAUSE RE. SANCTIONS** |

On January 21, 2014, the Court ordered Defendant Arnold Shune to show cause why he should not be sanctioned $1,000.00 for violating Rule 11(b). The Court initially did not set a hearing date on the Order to Show Cause. But after further consideration, the Court **ORDERS** Shune to appear and **SETS** a hearing on the Order for **Monday, February 10, 2014, at 1:30 p.m.** in Courtroom 11, 312 N. Spring Street, Los Angeles, California, 90012. Failure to timely appear will result in automatic imposition of $1,000.00 in sanctions against Shune.

**IT IS SO ORDERED.**

February 3, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**